# United States District Court

WESTERN DISTRICT OF NEW YORK

Rafael Belfield

v.

D. Leonard, Mr. J. Meegan and J. Ziolkowski

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 10-CV-6688

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' motion to dismiss the complaint is granted, and the complaint is dismissed.

Date: January 18, 2012

MICHAEL J. ROEMER, CLERK

By: Barbara Keenan
Deputy Clerk